NEW-YORK,<br>May, 1829.<br><br>The People<br>v.<br>Easton.

---

In the matter of proving the will of AUGUSTUS N. LAWRENCE.

D. S. JONES moved the court to receive the proof of the will of Augustus N. Lawrence. He asked the court whether it was necessary to present a written petition for that purpose, and whether the evidence of heirship, and proof of service of notice of the proceeding on the parties interested must be *viva voce*, or whether affidavits are received. He said he deemed the petition unnecessary, and supposed that affidavits would be received.

*By the Court*, SAVAGE, C. J. The practice is well settled. A petition is not necessary, and affidavits of heirship and notice are always received. The execution of the will alone is proved *viva voce*. The witnesses are sworn to make true answers to such questions as shall be put to them. They then subscribe the depositions previously prepared, containing the substance of their testimony, and the will and proofs are recorded.

In the proof of<br>a will, a writ-<br>ten petition to<br>take the proof<br>is not necessa-<br>ry. Affidavits<br>of the interest<br>of the parties,<br>and of service<br>of notice on<br>them are re-<br>ceived; *viva<br>voce* proof of<br>these facts not<br>being required.